IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHRISTOPHER CARBIN, #44718                                                         PETITIONER

VERSUS                                                     CIVIL ACTION NO. 5:06cv086DCB-RHW

STATE OF MISSISSIPPI                                                                RESPONDENTS

ORDER TRANSFERRING CAUSE TO UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

Petitioner submitted to this court a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 and an application to proceed in forma pauperis. The petitioner indicates that he is currently serving a state sentence for kidnaping, robbery with a deadly weapon, jail escape, conspiracy to jail escape, aggravated assault upon a law officer, and grand larceny rendered by the Circuit Court of Tate County, located in the Northern District of Mississippi. Petitioner is currently confined in the Woodville County Correctional Facility, Woodville, Mississippi, located in the Southern District of Mississippi.

Title 28 United States Code Section 2241(d) states that when a person files an application for a writ of habeas corpus and is in custody under the judgment and sentence of a State court with two or more Federal Judicial Districts, the application may be filed in the district court for the district where the person is in custody or in the district court for the district within which the State court was held which convicted and sentenced the person and each district shall have concurrent jurisdiction. Further, the district court in which the habeas is filed may in the exercise of its discretion and in furtherance of justice transfer the application to the other district court for hearing and determination. Since petitioner is serving a state sentence from Circuit Court of Tate County which is in the Northern District of Mississippi, this case will be transferred to the

Northern District. In the exercise of this Court's discretion and in the furtherance of justice, it is hereby,

ORDERED that this application and petition for habeas relief be transferred to the United States District Court for the Northern District of Mississippi and that the application shall be received in accordance with the orders and local rules of that court and any applicable statute or law.

SO ORDERED, this the 14th day of June, 2006.

S/DAVID BRAMLETTE  
UNITED STATES DISTRICT JUDGE